JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA JAY DANIELS, | NO. CV 14-2061-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is summarily dismissed for lack of subject matter jurisdiction.

DATED: March 27, 2014

_____
CORMAC J. CARNEY
United States District Judge